John Williard HILL, a/k/a Jay Hill,
Petitioner–Appellant,

v.

Mr. CONROY; Attorney General for
the State of Maryland, Respon-
dents–Appellees.

No. 02–6852.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 15, 2002.

Decided Aug. 22, 2002.

John Williard Hill, Appellant Pro Se.
John Joseph Curran, Jr., Attorney Gener-
al, Mary Ann Rapp Ince, Office of the
Attorney General of Maryland, Baltimore,
Maryland, for Appellees.

Before NIEMEYER, LUTTIG, and
WILLIAMS, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM.

John Williard Hill seeks to appeal the
district court's order denying relief on his
petition filed under 28 U.S.C. § 2254
(2000). We have reviewed the record and
the district court's opinion and find no
reversible error. Accordingly, we deny a
certificate of appealability and dismiss the
appeal on the reasoning of the district
court. *See Hill v. Conroy,* No. CA–01–
3576 (D.Md. May 21, 2002). We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argu-
ment would not aid the decisional process.

*DISMISSED.*